IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| JULIANA ZELEDON, AS ADMINISTRATOR OF THE ESTATE OF BLAKE A. ZELEDON, DECEASED, ON BEHALF OF THE ESTATE AND ALL STATUTORY BENEFICIARIES, JULIANA AND ORLANDO ZELEDON | | PLAINTIFFS |
| VS. | NO. 4:22cv242-KGB | |
| CRST EXPEDITED, INC.; and JAMES SORIANO | | DEFENDANTS |

**AGREED MOTION TO APPROVE SETTLEMENT
AND STIPULATION OF DISMISSAL WITH PREJUDICE**

COMES the Plaintiff, Juliana Zeledon, as Administrator of the Estate of Blake A. Zeledon, Deceased, on behalf of the Estate and All Statutory Beneficiaries, Juliana and Orlando Zeledon, by counsel, Terry Dugger, and the Defendants, CRST Expedited and James Soriano, by their attorneys, Munson, Rowlett, Moore & Boone, P.A. and for their Agreed Motion to Approve Settlement and Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41 and Ark. Code Ann. §16-62-102(g), state as follows:

1. Plaintiff filed suit in the instant matter alleging wrongful death and survival claims related to a motor vehicle collision which occurred on I-40 in Pope County, Arkansas on August 6, 2015. *See* Plaintiff's Complaint (Doc. 2).

2. At the time of his death, the decedent, Blake A. Zeledon, was a resident of Coweta County, GA. Prior to the filing of the instant lawsuit in the Pope County, Arkansas Circuit Court, and removal to the Eastern District of Arkansas, Plaintiff initiated a probate action in Coweta County, Georgia (Estate No. 2015-515). Juliana Zeledon was appointed

Administrator of the Estate of Blake A. Zeledon. *See* Exhibits 1 and 2 to Plaintiff's Complaint (Doc 2).

3. While denying liability, Defendants have conducted settlement negotiations and the parties have reached a compromise settlement in the instant matter to resolve the claims of the Estate and all beneficiaries. Plaintiff desires to accept said offer of settlement and believes it would be in the best interest of the Estate. Approval of this settlement is requested pursuant to Ark. Code Ann. §16-62-102(g).

4. The parties respectfully request the following to aid in the resolution of this matter:

    a. That Juliana Zeledon be authorized and directed to accept said offer and execute a full and final settlement release individually and on behalf of the Estate of Blake A. Zeledon, based on the Order by the Coweta County, Georgia Probate Court, and by special administration pursuant to Amendment 80 of the Arkansas Constitution;

    b. That the distribution of the settlement proceeds be directed by Order of the Coweta County Georgia Probate Court;

    c. That after the completion of the foregoing, any special administration be discharged, that any requirement of accounting by any party to this action be dispensed; and

    d. For dismissal with prejudice of this action as to all Defendants.

WHEREFORE, the Parties respectfully request compromise settlement be approved as requested and for dismissal with prejudice.

    Respectfully submitted,

    MUNSON, ROWLETT, MOORE & BOONE, P.A.
    1900 Regions Center

400 W. Capitol Avenue
Little Rock, Arkansas 72201
(501) 374-6535 PH/ (501) 374-5906 FX
kara.mikles@mrmblaw.com
amy.tracy@mrmblaw.com

| | |
|---|---|
| KARA B. MIKLES | AR BIN 2003088 |
| AMY L. TRACY | AR BIN 2010122 |

*Attorneys for Defendant*

TERRY D. DUGGER
Dugger Law Firm, P.A.
5208 Kavanaugh Blvd. Suite 4
Little Rock, Arkansas  72207
terry@razorbackjustice.com
*Attorney for Plaintiff*