IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JULIANA ZELEDON, As Administrator of
the Estate of Blake A. Zeledon, Deceased, on
Behalf of the Estate and All Statutory
Beneficiaries, Juliana and Orlando Zeledon;                              PLAINTIFF

v.                              Case No. 4:22-cv-00242 KGB

CRST EXPEDITED, INC. and
JAMES SORIANO                                                            DEFENDANTS

## ORDER

Before the Court is plaintiff Juliana Zeledon, as administrator of the Estate of Blake A. Zeledon, deceased, on behalf of the estate and all statutory beneficiaries, Juliana and Orlando Zeledon, CRST Expedited, Inc., and James Soriano's agreed motion to approve settlement and stipulation of dismissal with prejudice (Dkt. No. 21). For good cause shown, the Court adopts the agreed motion to approve settlement and stipulation of dismissal with prejudice and the terms as set forth therein, including but not limited to the terms set forth in paragraph four of the agreed motion (*Id.*). The action is dismissed with prejudice.

So ordered this 22nd day of August, 2022.

Kristine G. Baker
United States District Judge